**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| ZACHARY THOMAS SPADA, | : | No. 252 WAL 2022 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| v. | : | Commonwealth Court |
| | : | |
| | : | |
| PENNSYLVANIA PAROLE BOARD, | : | |
| | : | |
| Respondent | : | |

**ORDER**

**PER CURIAM**

 **AND NOW**, this 15th day of March, 2023, the Petition for Allowance of Appeal is **DENIED**.